UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANDSMAN & FUNK, P.C., <br>       Plaintiff, <br><br>   v. <br><br> SKINDER-STRAUSS ASSOCIATES, <br>       Defendant. | Civ. Action No. 08-3610 (KSH) <br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith

**IT IS** on this 30th day of June, 2009

**ORDERED** that defendant Skinder-Strauss Associates' motion to dismiss for lack of subject-matter jurisdiction is GRANTED.

                                                /s/ Katharine S. Hayden
                                                Katharine S. Hayden, U.S.D.J.