UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANDSMAN & FUNK, P.C., <br>   Plaintiff, <br> v. <br><br>SKINDER-STRAUSS ASSOCIATES, <br>   Defendant. | Civ. Action No. 08-3610 (KSH) <br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

 For the reasons stated in the opinion filed herewith and good cause appearing,

 **IT IS** on this 28th day of August, 2009,

 **ORDERED** that Landsman's motion for reconsideration (D.E. 33) is DENIED; and it is further

 **ORDERED** the clerk of the court shall reopen this matter for purposes of entering the Court's opinion and order; and it is further

 **ORDERED** that the Clerk of Court shall mark this matter closed.

            /s/ Katharine S. Hayden
            Hon. Katharine S. Hayden
            U.S. District Judge