**GIBBONS**

MICHAEL R. MCDONALD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4827 Fax: (973) 639-6295
mmcdonald@gibbonslaw.com

November 5, 2013

**VIA ECF**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. P.O. Cthse. Bldg.
Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

> Re: **Landsman & Funk, P.C. v. Skinder-Strauss Associates**
> **Civil Action No.: 08-03610 (KSH) (CLW)**

Dear Judge Hayden:

This firm represents Defendant Skinder-Strauss Associates ("Defendant") in the above-referenced matter. We submit this letter, along with a proposed Stipulation and Consent Order, respectfully requesting that the Court set November 19, 2013 as the deadline for Defendant's Reply on its pending motion to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) (ECF No. 105).

By way of brief background, the Court permitted Plaintiff an additional two (2) weeks to file its Opposition to Defendant's motion to dismiss. See ECF No. 108 (Text Order adjourning deadline for Plaintiff's Opposition from October 21st to November 4th). The parties did not then agree to, and the Court has not specifically so-ordered, any deadline for Defendant's Reply papers (or a return date). But assuming that Plaintiff's original extension resulted in Defendant's motion being deferred one motion cycle, Defendant's Reply brief would be due Tuesday, November 12, 2013. Accordingly, Defendant's request, by way of this application, would constitute a one (1) week adjournment of the deadline for its Reply papers to and including Tuesday, November 19, 2013. We have conferred with Plaintiff's counsel, Aytan Y. Bellin, Esq., who graciously consented to this application. Accordingly, the parties respectfully request that the Court "so-order" the enclosed proposed Stipulation and Consent Order.

We thank Your Honor for your courtesies in this regard. Please do not hesitate to contact me should Your Honor have any questions.

Respectfully submitted,

s/ Michael R. McDonald

Michael R. McDonald

Enclosure

cc:     Honorable Cathy L. Waldor, U.S.M.J. (w/ enclosure, *via* regular mail)
        Aytan Y. Bellin, Esq. (w/ enclosure, *via* electronic mail)

Michael R. McDonald, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 639-6280

*Attorneys for Defendant*
*Skinder-Strauss Associates*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANDSMAN & FUNK, P.C., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>SKINDER-STRAUSS ASSOCIATES,<br><br>        Defendant. | Civil Action No. 08-CV-03610 (KSH) (CLW)<br><br>*Document electronically filed.*<br><br>**STIPULATION AND CONSENT ORDER CONCERNING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

     **THIS MATTER** having been brought before the Court by way of the informal

application of Defendant Skinder-Strauss Associates ("Skinder-Strauss"), by and through its

counsel, Gibbons P.C., with the consent of Plaintiff Landsman & Funk, P.C. ("Plaintiff"), by and

through its counsel, Bellin & Associates LLC, for the purpose of extending the deadline by

which Skinder-Strauss shall file its Reply on its Motion to Dismiss Plaintiff's First Amended

Complaint in its Entirety Pursuant to Fed. R. Civ. P. 12(b)(1) (ECF No. 105); and for good cause

having been shown;

#2013421
108581-64137

**IT IS**, on this 7th day of November 2013, **ORDERED** that Skinder-Strauss shall file and serve its Reply brief on or before November 19, 2013.

Dated: November 5, 2013

**BELLIN & ASSOCIATES LLC**

By: s/ Aytan Y. Bellin
    Aytan Y. Bellin, Esq.
    85 Miles Avenue
    White Plains, New York 10606
    Telephone: (914) 358-5345
    Facsimile: (212) 571-0284
    aytan.bellin@bellinlaw.com

    *Attorneys for Plaintiff*
    *Landsman & Funk, P.C.*

**GIBBONS P.C.**

By: s/ Michael R. McDonald
    Michael R. McDonald, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 639-6280
    mmcdonald@gibbonslaw.com

    *Attorneys for Defendant*
    *Skinder-Strauss Associates*

**SO ORDERED:**

Honorable Katharine S. Hayden, U.S.M.J.

2

#2013421
108581-64137