UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**LANDSMAN & FUNK, P.C.**, on behalf of itself and all others similarly situated,

        Plaintiff,

-vs.-

**SKINDER-STRAUSS ASSOCIATES**,

        Defendant.

Civil Action No. 08 CV 03610 (CLW)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 2, 2014 or soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Landsman & Funk, P.C. will move before the Honorable Cathy L. Waldor, U.S.M.J. at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order: (1) certifying a Class for settlement purposes; (2) granting preliminary approval of the Settlement between the parties pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (3) approving of the form and manner of providing notice of the class action and proposed Settlement to the Settlement Class Members as set forth in the parties' Settlement Agreement and Release, dated July 11, 2014; (4) approving The Garden

City Group, Inc. as the Claims Administrator; (5) approving Landsman & Funk, P.C. as Class Representative; and (6) approving Bellin & Associates LLC as Class Counsel.

Plaintiff will further move that the Court schedule a hearing for the purpose of considering whether to: (1) grant final approval of the Settlement Agreement; (2) enter final judgment in this action; and (3) approve an incentive award to Landsman & Funk, P.C.

In support of this unopposed Motion, Plaintiff will rely on the attached Memorandum of Law and Declaration of Aytan Y. Bellin, dated July 11, 2014, (if necessary).

Dated: White Plains, New York
      July 22, 2014

    Respectfully submitted,

    **BELLIN & ASSOCIATES LLC**

    By: /s/Aytan Y. Bellin
        Aytan Y. Bellin, Esq.
    White Plains, NY 10606
    Tel: (914) 358-5345
    Fax: (212) 571-0284
    Aytan.Bellin@bellinlaw.com
    Counsel for the Plaintiff Landsman & Funk, P.C. and the Classes