UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LANDSMAN & FUNK, P.C.**, on behalf of itself and all others similarly situated,

        Plaintiff,

 -vs.-

**SKINDER-STRAUSS ASSOCIATES**,

        Defendant.

Case No. 08 CV 03610 (CLW)

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 29, 2015 at 2:15 p.m., or soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Landsman & Funk, P.C. will move before the Honorable Cathy L. Waldor, U.S.M.J. at the United States District Court, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 4C, 50 Walnut Street, Newark, New Jersey 07101, for an order: (1) approving the Class Settlement; (2) approving the Class attorneys' application for fees, costs and expenses; and (3) approving an incentive award for Plaintiff.

Plaintiff will rely on the Memorandum of Law and attached exhibits, Declaration of Aytan Y. Bellin, Declaration of Jennifer M. Keough and Declaration of Paul Landsman, submitted in support of this Motion and all other papers of record.

Dated: White Plains, New York
    January 23, 2015

            Respectfully submitted,

            **BELLIN & ASSOCIATES LLC**

            By: /s/Aytan Y. Bellin

1

Aytan Y. Bellin, Esq.
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
Aytan.Bellin@bellinlaw.com
Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that this document filed through the ECF system, will be sent electronically to all counsel of record by the ECF system.

DATED: January 23, 2015

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.