## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT: _____

APPEAL FROM DISTRICT COURT:
District: New Jersey
D.C. Docket No.: 2:08-CV-03610-CLW
Date proceedings initiated in D.C.: 7/16/2008
Date Notice of Appeal filed: 6/12/2015
USCA No.: _____

### COUNSEL ON APPEAL

**Appellant(s):** Lightman & Associates, P.C. d/b/a Lightman & Manochi, Glenn A. Manochi, Esquire
Name of Counsel: Lightman & Manochi
Name of Party(ies): see above
Address: 1520 Locust Street, 12th Floor, Philadelphia, PA 19102
Telephone No.: 215-545-3000
Fax No.: 215-545-3001
E-mail: gmanochi@lightmanlaw.com, garylightman@lightmanlaw.com

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Aytan Yehoshua Bellin
Name of Party(ies): Landsman-Funk, P.C.
Address: 85 Miles Avenue, White Plains, NY 10606
Telephone No.: (914) 358-5345
Fax No.: (212) 571-0284
E-mail: aytan.bellin@bellinlaw.com

Name of Counsel: Michael R. McDonald
Name of Party(ies): Skinder-Strauss Associates
Address: One Gateway Center, Newark, NJ 07102
Telephone No.: (973) 546-4500
Fax No.: _____
E-mail: mmcdonald@gibbonslaw.com

Is this a Cross-Appeal?     Yes ☐     No ☑
Appeals Docket No.: _____

Was there a previous appeal in case?     Yes ☑     No ☐
If yes, Short Title: Landsman & Funk v. Skinder-Strauss
Appeals Docket No.: 09-3105
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ☐ No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☑ COMMUNICATIONS
☑ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 26th day of June, 20 15.

Signature of Counsel: _____