UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-2485
_____

LANDSMAN & FUNK, P.C., on behalf of
itself and all others similarly situated

v.

SKINDER-STRAUSS ASSOCIATES,
a New Jersey partnership

*Lightman & Associates, P.C., d/b/a Lightman & Manochi;
Glenn A. Manochi, Esquire,
       Appellants

*(Pursuant to Rule 12(a) Fed. R. App. P.)
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-08-cv-03610)
Magistrate Judge: Hon. Cathy L. Waldor (by consent)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 20, 2016

BEFORE: FISHER, CHAGARES AND COWEN, Circuit Judges
_____

JUDGMENT
_____

This cause came on to be considered on the record on appeal from the United States

District Court for the District of New Jersey and was submitted on January 20, 2016.  On consideration whereof, it is now here ordered and adjudged that the judgment entered by the District Court on May 19, 2015, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.  Costs taxed against Appellants.

ATTEST:


s/Marcia M. Waldron
Clerk

DATED: February 16, 2016


**Certified as a true copy and issued in lieu of a formal mandate on** 03/10/16

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**